IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE EMMONS, SR., RODNEY LUNDRIGAN, JAMES MOLINARO, ROBERT VALENTINO and TOM WILKINSON,<br><br>    Defendants. | NO.  03 CV 1126 (NAM)(DEP)<br><br>STIPULATION OF SETTLEMENT AND DISMISSAL AS TO ROBERT VALENTINO |

  The parties, having agreed to settle all claims in this action pursuant to a Settlement Agreement and Release, effective March 8, 2005, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant ROBERT

////

////

////

////

////

////

////

VALENTINO with prejudice and without attorneys' fees or costs.

No party hereto is an infant or incompetent.

**GARVEY SCHUBERT BARER**

By: _____
Mario Aieta, Bar Roll #511896
Daniel Jacobson, Bar Roll #512651
Robert Carrillo, Bar Roll #512711
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700
Attorneys for Plaintiff DIRECTV, Inc.

Dated: April 14, 2005

IT IS SO ORDERED.

DATED: April 25, 2005

**STEPHANIE A. COLE, ESQ.**

By: _____
Stephanie A. Cole
Bloom, Cole, Neubeck & Shonn
6 North Pearl Street
Buffalo, New York 14202
(716) 885-1270

Attorney for defendant Robert Valentino

Dated: April 14, 2005

_____
Honorable David E. Peebles
United States Magistrate Judge