UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DIRECTV, Inc.,

                Plaintiff,

   - against -                                     5:03-CV-1126

LAWRENCE EMMONS SR., RODNEY LUNDRIGAN,
JAMES MOLINARO, ROBERT VALENTINO, and TOM
WILKINSON,
                Defendants.

_____

APPEARANCES:                                 OF COUNSEL:

FOR THE PLAINTIFF:

GARVEY, SCHUBERT LAW FIRM          MARIO AIETA, ESQ.
599 Broadway                                 DANIEL JACOBSON, ESQ.
8th Floor
New York, NY 10012-3235

FOR DEFENDANT VALENTINO:

BLOOM, COLE LAW FIRM                STEPHANIE A. COLE, ESQ.
6 North Pearl Street
Buffalo, NY 14202

FOR DEFENDANT LUNDRIGAN:

[NONE]

NORMAN A. MORDUE, DISTRICT JUDGE

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate

Judge David E. Peebles, duly filed on the 13th day of April, 2005.  Following ten days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections having been submitted thereto, it is

ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court shall enter judgment against defendant Lundrigan dismissing the third count of plaintiff's complaint, and awarding the plaintiff statutory damages in the amount of $6,080, together with an additional sum in the amount of $813.88 in costs and attorneys' fees, for a total award of $6,893.88, and that the plaintiff have judgment therefor.

3. The Clerk of the Court shall serve a copy of this Order upon counsel for plaintiff and defendant Valentino via electronic means, and upon defendant Rodney Lundrigan by mail, utilizing the address set forth in Dkt. No. 5.

IT IS SO ORDERED.

Dated:  May 5, 2005
        Syracuse, New York

*Norman A. Mordue*
Norman A. Mordue
U.S. District Judge