# United States District Court
### Northern District of New York
## DEFAULT JUDGMENT

**DIRECTV, INC.**

*Plaintiff*

VS.                    5:03-CV-1126 (NAM)

**LAWRENCE EMMONS, SR.; RODNEY LUNDRIGAN; JAMES MOLINARO; ROBERT VALENTINO; and TOM WILKINSON**

*Defendant*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the report recommendation of Magistrate Judge David E. Peebles is approved. Judgment is hereby entered against Rodney Lundrigan for damages in the amount of $6,080.00 together with costs and attorneys' fees in the amount of $813.88 for a total sum of $ 6,893.88 payable to plaintiff Directv, Inc.

The other named defendants' in this action were terminated previously under separate Court Orders.

All of the above pursuant to the Order of the Honorable Judge Norman A. Mordue, dated the 5th day of May, 2005.

MAY 6, 2005                                    LAWRENCE K. BAERMAN
_____           _____

DATE                                           CLERK OF COURT

                                               s/
                                               _____

                                               JOANNE BLESKOSKI
                                               DEPUTY CLERK